SEALED

FILED
APR 08 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY A. JESSEN

LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 1:09MJ 00068 GSA
)
      Plaintiff, ) ORDER SEALING ARREST WARRANT,
v. ) CRIMINAL COMPLAINT, APPLICATION
) AND ORDER
RAYMOND D. MENDOSA, )
)
      Defendant. ) **Under Seal**
)
_____)

    The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

    IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: April 7, 2009

                                         ~~SANDRA M. SNYDER~~
                                         U.S. Magistrate Judge
                                         Gary S. Austin

1