```
LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09MJ00068 GSA |
| Plaintiff, ) | |
| v. ) | |
| ) | APPLICATION TO UNSEAL CRIMINAL |
| RAYMOND D. MENDOSA, ) | COMPLAINT AND ARREST WARRANT; |
| Defendant. ) | **ORDER TO UNSEAL** |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceeding.

This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

```
Dated: April 9, 2009           Respectfully submitted,

                               LAWRENCE G. BROWN
                               Acting United States Attorney

                          By:  /s/ Karen A. Escobar
                               KAREN A. ESCOBAR
                               Assistant U.S. Attorney
```

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09MJ00068 GSA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO UNSEAL ARREST WARRANT |
| | ) | AND CRIMINAL COMPLAINT |
| RAYMOND D. MENDOSA, | ) | |
| | ) | |
| Defendant. | ) | **Under Seal** |
| | ) | |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrant in the above-captioned matter. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant in the above-entitled proceedings shall be unsealed.

IT IS SO ORDERED.

**Dated:   April 9, 2009**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE